IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEE MARVIN HARPER, JR.,
    Plaintiff,

vs.                                      Case No.  3:11cv6/LAC/CJK

MIKE BABCOCK,
    Defendant.

_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 30, 2011.  (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's amended civil rights complaint (doc. 5) is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim

upon which relief may be granted.

    3.    The clerk is directed to close the file.

DONE AND ORDERED this 6th day of February, 2012.

                      s/*L.A. Collier*
                      LACEY A. COLLIER
                      SENIOR UNITED STATES DISTRICT JUDGE